**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

|  |  |
|---|---|
| **BROWSE3D LLC,**<br><br>      Plaintiff<br><br>      v.<br><br>**VICTORIA'S SECRET STORES, LLC,**<br><br>      Defendant | **Case No. 6:20-cv-00136-ADA**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Plaintiff, Browse3D LLC, hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i):

1.      Browse3D LLC filed its Complaint in the above-titled action against Victoria's Secret Stores, LLC on February 20, 2020.

2.      Victoria's Secret Stores, LLC has not served an answer or a motion for summary judgment in this action.

3.      Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that a plaintiff may dismiss an action with a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

4.      Federal Rule of Civil Procedure 41(a)(1)(B) provides that such a dismissal is with prejudice.

5.      Accordingly, Browse3D LLC hereby dismisses this action with prejudice

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: June 21, 2020                    Respectfully submitted,

                                        Raymond W. Mort, III
                                        Texas State Bar No. 00791308
                                        raymort@austinlaw.com

                                        **THE MORT LAW FIRM, PLLC**
                                        100 Congress Ave, Suite 2000
                                        Austin, Texas 78701
                                        Tel/Fax: (512) 865-7950

                                        ATTORNEYS FOR PLAINTIFF